# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | | |
|---|---|---|
| BRIAN KING, et al., | : | **Case No.: 19-00427** |
| Plaintiffs, | : | |
| v. | : | State Court Case No. 436977-V |
| SERV TRUST, et al,. | : | |
| Defendants, | | |

| | | |
|---|---|---|
| 6789 GOLDSBORO LLC, | : | |
| Plaintiff, | : | |
| v. | | State Court Case No. 451611-V |
| SERV TRUST, et al,. | : | |
| Defendants, | : | |

| | | |
|---|---|---|
| GREGORY B. MYERS, | : | |
| Counter-Plaintiff, | : | |
| v. | | State Court Case No. 436977-V |
| BRIAN KING, et al., | : | |
| Counter-Defendants, | : | |
| and | : | |
| TIMOTHY LYNCH, et al., | : | |
| Third-Party Defendants | | |

## NOTICE OF VOLUNTARY DISMISSAL
## OF COUNTER-COMPLAINT AND THIRD-PARTY COMPLAINT

COMES NOW Counter-Plaintiff Gregory B. Myers ("Myers"), by and through undersigned counsel, and, pursuant to F. R. Civ. P. 41, hereby voluntarily dismisses, without prejudice, his Counter-complaint and Third-Party Complaint filed in the above captioned case.

Respectfully submitted,

GREGORY B. MYERS
By counsel:

Roger C. Simmons, Esq.  (Bar No. 04363)
Benjamin J. Andres, Esq.   (Bar No. 20534)
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, Maryland 21702
(301) 662-9122
(301) 698-0392 (fax)
rsimmons@gordonsimmons.com
*Counsel for Gregory B. Myers*

## CERTIFICTE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2019, I caused a true and correct copy of the foregoing to be served upon the following persons via first class mail, postage prepaid:

Eric Pelletier, Esquire
OFFIT KURMAN
4800 Montgomery Lane, 9th floor
Bethesda, Maryland 20814

Frank J. Mastro, Esquire
SCHLOSSBERG, MASTRO & SCANLAN
P.O. Box 2067
Hagerstown, Maryland 21742

Maurice B. VerStandig, Esquire
THE VERSTANDIG LAW FIRM, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

_____
Benjamin J. Andres